UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KEVIN HACKETT

   -vs-                   Civil No. 3:03CV395(JBA)

EILEEN STOREY, M.D.,
EDWARD A. BLANCHETTE, M.D.
ANNE H. FLITCRAFT, M.D.,
JACQUELINE HARRIS, M.D.,
TIMOTHY SILVIS, M.D. and
ROBERT L. TRESTMAN, M.D.

## JUDGMENT

This action came on for consideration on defendants' motion to dismiss before the Honorable Janet Bond Arterton, United States District Judge. On December 31, 2003, a Ruling on Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint entered granting the relief.

It is therefore ORDERED and ADJUDGED that judgment is entered for the defendants and the second amended complaint is dismissed.

Dated at New Haven, Connecticut, this 31st day of December, 2003.

KEVIN F. ROWE, CLERK

By             /s/
                     Lori Inferrera
                     Deputy-in-Charge

EOD: _____

1