Kevin Hackett
v.
Eileen Storey
Edward Blanchette
Anne Flitcraft
Jacqueline Harris
Timothy Silvis
Robert Trestman, Defendants

= U.S. District Court
= District of Connecticut
= Civil Action No. 3:03CV395 (JBA)
= Feb 2, 04

(P. 1 of 4)

## Motion for Extention of time to Appeal

Dear Sir(s)/Madam(s):

As I was notified by mail Atty John R Williams, of New Haven, CT, Dec 31, 2003 of Judge Arteton' dismissal of my case. I did in proper time make notice to opposing counsel and U.S. Appealate Court 40 Folley Square NY NY 10007. Please see attached U.S. postal overnigt receipts.

In Addition to having influenza the past three weeks, I take pychotropic medicines: Zoloft-100mg, Xanax 1mg x 4 daily (tranquiler for anxiety and panic attacks). I Also take: 60mg morphine + 80mg oxycodone for pain (both legs were severed).

Due to my interpretation from Atty Williams that I must complete the appeal with-in 30 DAYS, I was not able to do so. Upon a phone call to Atty Williams Associate Atty. PAVIS, while Atty. Williams was un-available, it became clear, notice of Appeal was required w/in 30 DAYS. I did appeal within (Notice) the 30 days (please see postal receipts of overnight delivery, (Attached) they were guaranteed to be delivered by NOON the next day, Jan 30, '04.

I, therefore, beg the Court for this extention of filing time and for <u>acceptance of notice sent</u> to U.S. Appealate Court
U.S Court House
40 Folley Sq.
N.Y., N.Y. 10007.
— AND Defendents Feb 2, 04
— AND opposing counsel Jan 29 03 by overnight delivery (receipts Attached).

Judge Arteton is correct in that I seek remedial action originated in U.S. Civil Action No. 396CV02422 A PRO-se Action. (GLG) That was PRO-se and many employment laws did not apply to seeking Retirement benefits. Judge Goetel also did not understand an action claimed under the A.D.A. stating it was "Strange claim" and not a "model of clarity" (the cause of Action).

However in the text of U.S. Action No. 396CV02422 (GLG) my pro-se case the text claimed "unequall treatment between groups and individuals who where/are disabled. I did note the Fourteenth Amendment, not being professional Judge Arteton may not have realized - #396CV02422 (GLG) was a pro-se case. I have

Exhausted ALL LOAN possibilities in my Recent case No. 3:03CV395 employing John R. Williams. (JBA)

I am a ~~pauper~~ with NO ASSETS. I will ~~seek~~ appointment of counsel and/or immediate Remand or Judgement by the Appealate Court.

After much suffering, a feeling of being wronged, ~~all~~ (it) unlawfully, I ~~plead~~, with all do Respect, for my day in court for the facts to be heard, especially in light of all those who ~~fought~~ so hard previously, to keep that Right from this pauper.

With ALL DO Respect,
Sincerely,
Kevin J. Hackett
45 Savings St.
Wtby, Ct- 06702

— I certify a copy of this ~~has been~~ sent to ALL defendents at 55 Elm St- Htfd, Ct- 06106
Kevin J. Hackett