# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS
## PURSUANT TO 28 U.S.C. § 1915

Kevin J. Hackett,
_____
Plaintiff(s),

v.

Eileen Storey, Edward Blanchette, Anne Flitcraft, Jacqueline Harris, Timothy Silvis, and Robert Trestman.
Defendants

Case No. 3:03CV395(JBA)

I request leave to commence this civil action without prepayment of fees, costs, or security therefor pursuant to 28 U.S.C. § 1915. In support of my request, I submit the attached financial affidavit and state that:

(1) I am unable to pay such fees, costs, or give security therefor.
(2) I am entitled to commence this action against the defendant(s).
(3) I request that the court direct the United States Marshal's Service to serve process.

Kevin J. Hackett
Original Signature

Kevin J. Hackett
Name (print or type)

45 Savings St., #7-C
Street Address

Wtby., Ct. 06702
City    State    Zip Code

(203) 419-0017
Telephone Number

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FINANCIAL AFFIDAVIT IN SUPPORT OF
MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS
PURSUANT TO 28 U.S.C. § 1915

_Kevin J. Hackett_
(Plaintiff(s),

v.

_Eileen Storey, Edward Blanchette, Anne Flitcraft, Jacqueline Harris, Timothy Silvis, and Robert Trestman,_ Defendants.

Case No. _3:03CV395(JBA)_

I state under oath that:

(1) I am unable to pay such fees, costs, or give security therefor.

(2) I am entitled to commence this action against the defendant(s).

I further state that the responses I have made to the questions below relating to my ability to pay the cost of prosecuting this action and other matters are true.

**MARITAL STATUS**
Single _✓_   Married ____   Separated ____   Divorced ____
If separated or divorced, are you paying any support or any form of maintenance?
Yes ____   No ____
Dependents: Wife ____   Children # ____   Others # ____
and relationship _____
The names and ages of my children are:
Name _____   Age _____
Name _____   Age _____
Name _____   Age _____

**RESIDENCE**
Street Address: _45 Savings St., Apt. #7-C_
City: _Wtby_   State: _Ct._
Zip Code: _06702_   Telephone: _203-419-0017_

**EDUCATION**
Please circle the highest level of formal education you have received:
Grammar School  K 1 2 3 4 5 6 7 8      High School  9 10 11 12
College  1 2 3 (4)    Post-Graduate  1 2 3 4

**EMPLOYMENT**
If <u>employed</u> at present, complete the following:
Name of employer: _____
Address of employer: _____
How long employed by present employer: _____
Income:  Monthly _____        Weekly _____

If <u>self-employed</u> state weekly wages: _____
What is the nature of your employment? _____

If <u>unemployed</u> at present, complete the following:
I have been unemployed since the _24_ day of _MAY_, 19_91_
The name of my last employer: _State of Connecticut, Dept. of Admin. Svcs._
Address: _165 CApitAL Ave, HtfD, Ct. 06106_
Telephone #: ( ) _____
The last salary or wages received: _30K yeaR_

If <u>spouse</u> is employed, please complete the following:
Name of employer: _____
How long employed: _____
Income:  Monthly _____     Weekly _____
What is the nature of spouse's employment? _____

If on <u>welfare</u> or receiving <u>unemployment benefits</u> complete the following:
I have been on welfare or receiving unemployment benefits
since: _____
I am receiving $_____ monthly _____ weekly _____
for myself and family of _____

If receiving <u>social security</u>, <u>disability</u> or <u>workers' compensation</u> benefits complete the following:
I have been receiving social security, disability or workers' compensation benefits
since: _6/91_.
I am receiving $_1205.00_ (monthly) _____ weekly _____.

**FINANCIAL STATUS**
Owner of real property?  Yes _____  No _✓_
If yes, description: _____
Address: _____
In whose name? _____
Estimated value: _____

3

Amount owed: _17K - Consumer Education Serv. Inc. AND_
Owed to: _Direct Merchants Bank and NCO Financial_
Total: $_17,550 (est)_    Monthly payment _(159 CESI, 100 NCO, 70 DMB)_
                          → $329.00 minimum
Owed to: _Texaco; (Wtby. Telephone Federal Credit Union) VISA_
Total: $_250.00_    Monthly payment $_30.00 minimum_
Annual income from property: _None_

Other property: _None_
Automobile: Make ~~X~~    Mode ~~X~~    Year ~~X~~
Registered owner(s) name(s): ~~X~~
Present value of automobile: ~~X~~
Owed to: ~~X~~
Amount owed: ~~X~~

Cash on hand:
Cash in banks and savings and loan associations: _$50.00 total (Average Daily Balance)_
Names and addresses of banks and associations: _Sovereign Bank,_
_West Main St., Wtby., Ct.; Wtby. Telephone_
_Federal Credit Union 2547 East Main St. Wtby, Ct. 06705_

**OBLIGATIONS:**
Monthly rental on house or apartment:            _319 mo-_
Monthly mortgage payment on house:          $ _0_
Gas bill per month:                          $ _0_
Electric bill per month:                     $ _0_
Phone bill per month:                        $ _30-_
Car payments per month: _transport. exp._    $ _100-_
Car insurance payments per month:            $ _0_
Other types of insurance payments per month  $ _10-_
Monthly payments to retail merchants:        $ _see below_
  Please list: _Texaco (C-Card)_             $ _20-_
  Please list: _(WTFCU) VISA (C-Card)_       $ _20-_
Monthly payments on any other outstanding
loans or debts: _NCO Financial_              $ _100- min._
  Please list: _Consumer Ed. Serv._          $ _159- min._
  Please list: _Direct Merch. Bank_          $ _100-_
Any money owed to doctors, hospitals, lawyers
  Please list: _St. Marys Hosp._             $ _(550-)_
  Please list: _Wtby Hospital_               $ _(750-)_
Monthly payment for maintenance or child support
under separation or dissolution agreement:   $ _None_
Estimated monthly expenditure on food:       $ _300-_
Estimated monthly expenditure on clothing: _& cleaning_ $ _40-_
Total amount of monthly obligations:         $ _$1200.00_

4

Other information pertinent to financial status: (Include stocks, bonds, savings bonds, interests in trusts either owned or jointly owned): ~~I own NO Assests and have minimum balance in W.F.C.U. (twenty-five-dollars) to keep Acct. open and No other cash.~~

Kevin J. Hackett

Date: 2-3-04

Original signature of Affiant

SUBSCRIBED AND SWORN TO BEFORE ME THIS 3rd Day of February, 2004.

Kevin J. Hackett signed this form before me.

Janet Schmidt

My commission expires:

JANET SCHMIDT
NOTARY PUBLIC
My Commission Expires June 30, 2007

I certify a copy of this motion HAS BEEN sent today Feb 3 '04 to all defendants. and previous opposing counsel ct atty General Richard Blumenthal At 55 Elm St Htfd Ct 06106

Kevin J. Hackett

5