03-395 JBA

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FEB 5  2 15 PM '04

U.S. DISTRICT COURT

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS
## PURSUANT TO 28 U.S.C. § 1915

Kevin J. Hackett,
_____
Plaintiff(s),

v.

Eileen Storey, Edward Blanchette, Anne Flitcraft, Jacqueline Harris, Timothy Silvis, and Robert Trestman.
Defendants

Case No. 3:03CV395(JBA)

I request leave to commence this civil action without prepayment of fees, costs, or security therefor pursuant to 28 U.S.C. § 1915. In support of my request, I submit the attached financial affidavit and state that:

(1) I am unable to pay such fees, costs, or give security therefor.
(2) I am entitled to commence this action against the defendant(s).
(3) I request that the court direct the United States Marshal's Service to serve process.

Kevin J. Hackett
Original Signature

Kevin J. Hackett
Name (print or type)

45 Savings St., #7-C
Street Address

Wtby., Ct. 06702
City        State      Zip Code

(203) 419-0017
Telephone Number

FILED
FEB 9  2 33 PM '04

2/9/04 — Granted based solely on the information contained in plaintiff's affidavit, assuming Dkt. #3 is granted.