UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
FEB 9  3 08 PM '04
U.S. DISTRICT COURT
NEW HAVEN CONN.

Kevin Hackett
Name of Plaintiff/Petitioner

Eileen Storey, Edward Blanchette, Anne Flitcraft, Jacqueline Harris, Timothy Silvis and Robert Trestman
Name of Defendant/Respondent

Case No. 3-03CV395

## MOTION FOR APPOINTMENT OF COUNSEL

PERSONAL/FINANCIAL DATA

1. Your full name: Kevin Joseph Hackett
   Your present mailing address: 45 Savings St., apt #7C, Waterbury, Ct. 06702
   Telephone number: (203) 419-0017

2. Are you presently employed? YES ___ NO X

3. If your answer to #2 is YES, please provide the name and address of your employer and the amount of your usual weekly earnings. _____

   Weekly earnings: None

4. If you are not presently employed, please provide the name and address of your last employer, the date (approximate) that you last worked, and the amount of weekly earnings you were receiving. Connecticut, Dept. of Administrative Services, 165 Capital Ave Htfd., Ct 06106

(Rev. 1/2/03)
Date last worked: March 14, 1991

Weekly earnings: $576.93

5. Approximately how much money have you received in the past twelve months in the form of:
   a) salary, wages, commissions, or earned income of any kind? NONE
   b) interest, dividends, rents or investments of any kind? NONE
   c) gifts or inheritances of any kind? NONE

6. How much money do you have in any checking or savings account(s)?
   Checking: Fifty dollars
   Savings: twenty-five dollars
   Prison account: NONE

7. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding household items and clothing)? YES X  NO ___
   If YES, describe the property and state the approximate value: ①1969 14 foot Runabout boat, approximate value is between one & two hundred dollars.

8. How much money do you owe others? $13,200.00
   For each debt, state the name of the creditor and the amount owed:

   | CREDITOR | AMOUNT OWED | |
   |---|---|---|
   | (Joseph) FRANK Hackett (father) | $5,000.00 | Legal Exps. |
   | Consumer Education Serv. Inc | $1,700.00 | |
   | Direct Merchants Bank | $3,495.00 | |
   | America Creatious | $3,000.00 | |
   | (VISA) Wtby Telephone Federal Credit Union | $100.00 | |

9. List the persons who depend upon you for support, and state your relationship to them. NONE; Social Security Disability Recipient

2

~~[lines crossed out]~~

10. Are there any persons regularly residing in your household who are over the age of 18 and who are presently employed? YES ____ NO _X_

    If the answer is YES, please provide the following information for each such person:

    Name: ~~_____~~

    Relationship: ~~_____~~

    Employer: ~~_____~~

    Weekly Earnings: ~~_____~~

11. Include any other information which supports your claim that you cannot financially afford to employ an attorney. _I AM head of household and rely soley on Social Security disability for support. I currently Am A Section eight (housing - H.U.D.) Receipiant._

## NATURE OF YOUR CLAIM

12. Describe in your own words the nature of the claim which you are presenting to the court in your complaint/petition. _Violation of the Fourteenth Amendment of the U.S. Constitution. Amoung DISAbleD peRSONS._
    (Additional space on next page)

    _I have clearly been disabled previous to 5-24-91 the day_

3

my employment terminated and Am there-by entitled to disability Retirement, Benefit money.

### EFFORTS TO OBTAIN AN ATTORNEY
The Court strongly suggests that you contact a minimum of three attorneys.

13. Have you spoken with any attorney about handling your case? YES X  NO __

14. If your answer to #13 is YES, please provide the following information about each attorney with whom you spoke:

   a) Attorney's name John R. Williams, New Haven, Ct.
   Date you contacted this attorney Jan. 2, 04
   Method of contact (in person, by telephone, etc.) telephone

   Reason why attorney was not employed to handle your case I was unAbled to pay Required fee.

   b) Attorney's name Joseph Summa, Wtby., Ct.
   Date you contacted this attorney Jan 3, 04
   Method of contact (in person, by telephone, etc.) telephone

   Reason why attorney was not employed to handle your case does Not handle this type of case and expense would be prohibitive.

   c) Attorney's name Anthony Beggia, Wtby Ct
   Date you contacted this attorney Feb 6, 04

4

Method of contact (in person, by telephone, etc.) _telephone_

Reason why attorney was not employed to handle your case "Does not do that kind of work" (Federal appeal matters)

15. Explain any other efforts you have made to obtain an attorney to handle your case.
The Union I paid dues to will not assist me. Connecticut Legal Aid will not (fund issues) assist me. I have thier letters from much previously - Legal Aid also does involve itself with such cases.

16. Please provide any other information which supports your application for the court to appoint counsel. I was granted counsel in case #NO. 3=02CV00682(JBA) in District Court - Sept. 11, 2002 (Ct.) previous to obtaining a $5000.00 Family (father) loan to hire Atty. JR Williams

17. Do you need a lawyer who speaks a language other than English?
YES ____ NO _X_

If you answered YES, what language do you speak? _____

I declare under the penalties of perjury that my answers to the foregoing questions are true to the best of my knowledge.

I understand that if I am assigned a lawyer and my lawyer learns, either from myself, or elsewhere, that I can afford a lawyer, the lawyer may give this

5

information to the court. See Local Rule 83.10(b)(4) and (g).

I understand that if my answers on my application to proceed in forma pauperis and/or on this application for appointment of counsel are false, my case may be dismissed. See 28 U.S.C. §1915(e).

I hereby waive my privilege of attorney-client confidentiality to the extent necessary for my appointed attorney to make an application to be relieved from appointment as provided in Local Rules 83.10(c) and (d).

I understand that filing this motion does not excuse me from litigating my case, and that it is still my responsibility to have the defendants served with process in accordance with Rule 4 of the Federal Rules of Civil Procedure, if I have not already done so. I also understand that filing this motion does not stay this case and does not excuse me from responding to any motion filed by the defendants.

Feb 5, '04
Date

_Kevin Hackett_
Original Signature of Movant

KEVIN HACKETT
45 SAVINGS ST., APT #7C,
WTby-, CT- 06702
Printed Name and Address of Movant

(Rev. 1/2/03)

If this motion is being filed AFTER the case is opened, the movant is required to serve all opposing parties or their attorneys and a certificate of service is required, showing

6

all parties served and their addresses in accordance with LR5(b). Failure to supply the certificate of service will result in the motion being returned to the movant, unprocessed.

I hereby certify that a copy of the foregoing motion was mailed to:

(List all defendants or counsel for defendants with address and date mailed.)

Eileen Storey - 55 Elm St., Htfd, Ct. 06106
Edward Blanchette - 55 Elm St., Htfd, Ct. 06106
Anne Flitcraft - 55 Elm St., Htfd, Ct. 06106
Jacqueline Harris - 55 Elm St., Htfd, Ct. 06106
Timothy Silvis - 55 Elm St., Htfd, Ct. 06106
Robert Trestman - 55 Elm St., Htfd, Ct. 06106

Feb 06, 04                Kevin Hackett
                          Original Signature of Movant

45 Savings St. #7C
Wtby., Ct. 06702

(Rev. 1/2/03)