Kevin Hackett
  V.
Eileen Storey
Edward Blanchette
Anne Flitcraft
Jacqueline Harris
Timothy Silvis
Robert Trestman, Defendants

: U.S. District Court
: District of Connecticut
: Civil Action No. 3:03CV396 (JBA)
: Feb. 3, '04

(P. 1 of 2)

— Motion to Correct — Motion for Extention of time to Appeal

Dear Sir(s)/Madam(s):

As I am pro-se I find it immediately necessary to correct my motion for extention of time.

On page #3 of 4 in the last paragraph I stated "I did note the fourteen (U.S. Constitutional) Amendment, not being a professional." I omitted "not". "I did not" repeat "I did not "note" the 14th Amendment (because of) not being professionally trained in Law. This is central to my case. I apologize for such an oversight.

Feb. 3, '04

To: U.S. District Court
District of Connecticut
Civil Action No: 3-03CV396(JBA)

(P.2 of 2)

Also, I have not included any current application for appointment of counsel. This is my confused state as I tried to Appeal in full, in a few days. I will apply for counsel if and when my Appeal Notice and pauperis status is granted by the Court.

Again my apologies for the need of such quick correction in this pro-se endeavor.

Best Wishes,
Sincerely,
Kevin J. Hackett
45 Savings St.
Wtby, Ct. 06702

I certify a copy of this has been mailed to all defendants and previous counsel at 55 Elm St., Htfd. Ct. 06106
Kevin J. Hackett