**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| KEVIN J. HACKETT | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:03CV395(JBA) |
| | : | |
| v. | : | |
| | : | |
| EILEEN STOREY, M.D., | : | |
| EDWARD A. BLANCHETTE, M.D., | : | |
| ANNE H. FLITCRAFT, M.D., | : | |
| TIMOTHY SILVIS, M.D. and | : | |
| ROBERT L. TRESTMAN, M.D. | : | |
| *Defendants* | : | February 18, 2004 |

**APPEARANCE**

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

Please enter the appearance of Robert J. Deichert, Assistant Attorney General, in the above-captioned case on behalf of Defendants Eileen Storey, M.D., Edward A. Blanchette, M.D, Anne H. Flitcraft, M.D., Timothy Silvis, M.D. and Robert L. Trestman, M.D.

                                                RICHARD BLUMENTHAL
                                                ATTORNEY GENERAL

                           BY:   _____
                                         Robert J. Deichert
                                         Assistant Attorney General
                                         Federal Bar Number CT24956
                                         55 Elm Street
                                         P.O. Box 120
                                         Hartford, CT 06141-0120
                                         Tel.: (860) 808-5020
                                         Fax: (860) 808-5347
                                         Robert.Deichert@po.state.ct.us

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was mailed, first class postage prepaid, this 18th day of February, 2004 to:

Kevin J. Hackett, *pro se*
45 Savings Street
Waterbury, CT 06702

 

                                                                                                                                  _____
                                                                                                                                 Robert J. Deichert
                                                                                                                                 Assistant Attorney General