P. 1 of 2

FILED
Feb 13   09 PM '04
U.S. DISTRICT COURT
NEW HAVEN CT

TO = The U.S. DISTRICT COURT
U-S Courthouse
141 CHURCH St.
New HAVEN, Ct. 06510

## Notice of Appeal

NO. 3=03CV395 (JBA)

Kevin Hackett
V
Eileen Story, edward Blanchette, Anne Flitcraft, Jacqueline Harris, Timothy Silvis, and Robert Trestman, defendants.

I recently applied to appeal a day late due to my recent influenza, long standing mental illness and long standing physical disabilities.

Please accept these applications for pauperus status and appointment of counsel as I am no longer able to obtain further loan money to retain any lawyer.

In addition to my pauperus application and motion for appointment of counsel I have included

## Notice of Appeal

relevant material to Atty. John R. Williams argument of my unequal treatment under the Constitution of the U. States. Thank-You for all your considerations.

Sincerely, & Best Wishes.
Kevin J. Hackett
45 Savings St, #7C
Wtby, Ct. 06702

Feb 2, '04  Kevin J. Hackett

I certify that a copy of the above has been sent to counsel of Record

~~Jan 31 '04~~
Feb 2, '04  Kevin J. Hackett
Kevin Hackett
45 Savings St.
Wtby Ct 06702

(AND Feb 13 '04 Kevin Hackett)

Feb 06, '04  Kevin Hackett