# United States District Court
## District of Connecticut

Kevin Hackett (Pro-se) : Civil Action
    v. : No. 3:03CV395(JBA)
Eileen Storey :
Edward Blanchette :
Anne Flitcraft :
Jacqueline Harris :
Timothy Silvis :
And Robert Trestman :
  Defendants : Feb. 28, 2004

FILED
MAR 1 2 52 PM '04
NEW HAVEN, CONN.

## Notice to the Court

Twenty-four Letters were returned to myself, previously addressed to the six defendants at 55 Elm St., Htfd, Ct. 06106, Feb 26, '04 via U.S. mail. The Letters contained copies of all motions and complaint in this matter. The Connecticut Treasury Dept., at 55 Elm St. Htfd, Ct. returned these Letters stating the six named defendants were not known. I have (Re-) sent —

(continued next page)

all these envelopes, the next day of receipt of them, to the defenses attorney of Record at 55 Elm St. Htfd. Ct. 06106, postage paid via. U.S. mail. ~~Sincerely~~, Kevin Hackett

KEVIN HACKETT
45 SAVINGS ST. #7C
Wtby., Ct. 06702

I certify I have sent a copy of the forgoing to the Attorney (Defense) of Record: Asst Attorney General (of Ct.), ~~at 5,~~ Attorney Robert Deichert at 55 Elm St., Htfd., Ct. 06106.

Feb 28, 04    Kevin Hackett