United States District Court
District of Connecticut

Kevin Hackett           :   CIVIL ACTION NO.
     v.                 :   3:03CV395(JBA)
Eileen Storey           :
   et al                :

FILED
MAR 5  2:47 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

Motion to Add to, Amend the
Motion For Appointment of Council.

Dear Sir(s)/Madam(s) and Judge
Please accept the attached
Letter dated March 3, 2004
from the Connecticut Civil
Liberties Union Foundation in
assessing plaintiffs motion
for Appointment of council.
Thank you    Kevin Hackett

Certification of Service
I certify I have forwarded a
copy of this via U.S mail, postage paid
to the Defendant Attorney of record today
3-4-04,  Kevin Hackett, 45 Savings St, Ansby Ct 06702



# CCLU

## Connecticut Civil Liberties Union Foundation

32 Grand Street • Hartford, CT 06106
860-247-9823 • Fax: 860-728-0287

March 3, 2004

Kevin Hackett
45 Saving Street, #7C
Waterbury, CT 06702

Dear Mr. Hackett,

Thank you again for contacting the CCLU.

Due to funding and staffing limitations, we are no longer able to personally respond to each letter we receive. For this reason, we cannot take on litigation or furnish legal assistance to research the type of potential claims you raise.

Good luck in your efforts and I regret this organization cannot be of more help.

To: Atty - Robert Deichart
Asst Attorney General of Ct.