# DISTRICT OF CONNECTICUT - NEW HAVEN
# NOTICE OF APPEAL COVER MEMO

3:03CV395

**DATE:** February 23, 2004        **TO:** Intake Clerk

**FROM:** Frank DePino 203-773-2406

FILED
Mar 4  3 29 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

**CASE TITLE:** Kevin Hackett

**DOCKET NO.:** Eileen Storey etal

**NOTICE OF APPEAL:** filed: February 13, 2004

**APPEAL FROM:** final judgment: x

interlocutory: __

other: __

**DOCKET SHEET:** Attorney, updated address & phone number for each party  Y

All parties are listed on Docket Sheet
(Including Third Parties)  Y

All docket entries and dates are included  Y

**FEE STATUS:**   Paid ____    Due ____    N/A ✓

IFP revoked ____    Application Attached ____

IFP pending before district judge ____

**COUNSEL:**   CJA ____    Retained ____    Pro Se ✓

**TIME STATUS:**   Timely ✓    Out of Time ____

**MOTION FOR**
**EXTENSION OF TIME:** Granted ✓    Denied ____

**COA:**   Granted ____    Denied ____

**COMMENTS AND CORRECTIONS:**

---

I HEREBY ACKNOWLEDGE RECEIPT OF THE NOTICE OF APPEAL.

SIGNED: _S.P._    DATE: 2-27-04
DEPUTY CLERK, USCA

USCA No. _____.