UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT (New Haven)

FILED
APR 5  1:40 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

DOCKET NO: 3:03cv395 JBA
USCA NO.

Kevin Hackett
V.
Eileen Storey MD etal

## INDEX TO THE RECORD ON APPEAL

I HEREBY ACKNOWLEDGE RECEIPT
OF THE CERTIFIED COPY OF DOCKET
ENTRIES, INDEX AND
VOLUMES OF ORIGINAL RECORD.

DATE: 2/26/04

Roseann B. MacKechnie
CLERK, U.S.C.A. 2nd Cir.

04-1023-cv