Kevin Hackett

vs-

Eileen Storey,
Edward Blanchette,
Anne Flitcraft,
Jacqueline Harris,
Timothy Silvis, and
Robert Trestman
Defendants

United States District Court
FILED
District of Connecticut

Civil Action No. 03-CV-395
JBA

# Motion to Withdraw

# Motion for Appointment of Counsel.

Case # 03-CV-395                April 07, '04

The Plaintiff requests this Motion to Withdraw the Motion for Appointment of Counsel, as the case has been docketed in the U.S. Court of Appeals for the District of Ct at 40 Foley Sq., N.Y., N.Y. 10007, as docket # #04-1023-CV-, currently.

With all due respect & Best Regards, the Plaintiff.

Kevin J Hackett, PRO-se
(PRO-se) Kevin J. Hackett
45 Savings St. # 7-C
Wtby, Ct. 06702

April 07, 04

## Certificate of Service

I certify that a copy of the foregoing has been sent to opposing counsel Thadd A. Gnocchi, ESQ. Assistant Attorney General of Ct. 55 Elm St., Htfd. Ct 06106, by U.S. mail pre-paid as of todays date 4-7-04.

Sincerely, Kevin Hackett
(Pro-Se) Kevin J. Hackett
45 Savings St. #7C
Wtby, Ct- 06702