UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
JUN 1  2 52 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

DOCKET NO: 3:03cv 395 JBA
USCA NO.

Kevin Hackett
V.
Eileen Storey etal

## SUPPLEMENTAL INDEX TO THE RECORD ON APPEAL

I HE_____ _WLEDGE RECEIPT
OF T_____ ___ED COPY OF DOCKET
ENTRIES, INDEX AND  1st Supplemental
VOLUMES OF ORIGINAL RECORD.

DATE: 5/4/04

Roseann B. MacKechnie
CLERK, U.S.C.A. 2nd Cir.

04-1023cv

**Notice**

---

## United States Court of Appeals

| Filing Date | # | Docket Text |
|---|---|---|
| 03/06/2003 | 1 | COMPLAINT Filing Fee $ 150.00 Receipt # N008811 (Malone, P.) (Entered: 03/07/2003) |
| 03/06/2003 | 2 | ORDER on Pretrial Deadlines handed to counsel Discovery cutoff 9/5/03 ; Dispositive Motions due 10/5/03 Amended Pleadings due 5/6/03 Motions to Dismiss due 6/6/03 (Malone, P.) (Entered: 03/07/2003) |
| 03/06/2003 | 3 | APPEARANCE of Attorney for Kevin J. Hackett -- John R. Williams (Malone, P.) (Entered: 03/07/2003) |
| 03/07/2003 |  | SUMMONS(ES) issued for Eileen Storey MD , Edward A. Blanchette MD, Anne H. Flitcraft MD, Jacqueline Harris, Timothy Silvis MD, Robert L. Trestman MD (Malone, P.) (Entered: 03/07/2003) |
| 03/19/2003 | 4 | SUMMONS Returned Executed on 03/11/03 as to Anne H. Flitcraft (Rodko, R.) (Entered: 03/20/2003) |
| 03/19/2003 | 5 | SUMMONS Returned Executed on 03/11/03 as to Edward A. Blanchette (Rodko, R.) (Entered: 03/20/2003) |
| 03/19/2003 | 6 | SUMMONS Returned Executed on 03/17/03 as to Eileen Storey (Rodko, R.) (Entered: 03/20/2003) |
| 03/19/2003 | 7 | SUMMONS Returned Executed on 03/13/03 as to Jacqueline Harris (Rodko, R.) (Entered: 03/20/2003) |
| 03/19/2003 | 8 | SUMMONS Returned Executed on 03/12/03 as to Timothy Silvis (Rodko, R.) (Entered: 03/20/2003) |
| 03/19/2003 | 9 | SUMMONS Returned Executed on 03/11/03 as to Robert L. Trestman (Rodko, R.) (Entered: 03/20/2003) |
| 03/25/2003 | 10 | APPEARANCE of Attorney for Eileen Storey -- Thadd A. Gnocchi (Sherman, M.) (Entered: 03/25/2003) |
| 03/25/2003 | 11 | APPEARANCE of Attorney for Anne H. Flitcraft -- Thadd A. |

| | | |
|---|---|---|
| | | Gnocchi (Sherman, M.) (Entered: 03/25/2003) |
| 03/25/2003 | 12 | APPEARANCE of Attorney for Jacqueline Harris -- Thadd A. Gnocchi (Sherman, M.) (Entered: 03/25/2003) |
| 03/25/2003 | 13 | APPEARANCE of Attorney for Robert L. Trestman -- Thadd A. Gnocchi (Sherman, M.) (Entered: 03/25/2003) |
| 03/25/2003 | 14 | APPEARANCE of Attorney for Timothy Silvis -- Thadd A. Gnocchi (Sherman, M.) (Entered: 03/25/2003) |
| 03/25/2003 | 15 | APPEARANCE of Attorney for Edward A. Blanchette -- Thadd A. Gnocchi (Sherman, M.) (Entered: 03/25/2003) |
| 03/25/2003 | 16 | MOTION by Eileen Storey, Edward A. Blanchette, Anne H. Flitcraft, Jacqueline Harris, Timothy Silvis, Robert L. Trestman to Extend Time until 4/28/03 to respond to complaint (Falcone, K.) (Entered: 03/26/2003) |
| 03/26/2003 | | ENDORSEMENT [16-1] motion to Extend Time until 4/28/03 to respond to complaint ordered accordingly ( signed by Clerk ) (Falcone, K.) (Entered: 03/26/2003) |
| 04/01/2003 | 17 | MOTION by Eileen Storey for pre-motion Conference (Depino, F.) (Entered: 04/01/2003) |
| 04/08/2003 | | ENDORSEMENT granting [17-1] motion for pre-motion Conference SEE ENDORSEMENT FOR DATE AND TIME ( signed by Judge Janet B. Arterton ) (Depino, F.) (Entered: 04/09/2003) |
| 04/22/2003 | | No 26f will be filed until ruling on motion to dismiss (Torday, B.) (Entered: 05/08/2003) |
| 04/23/2003 | | 26f stayed until after ruling on Motion to dismiss (Torday, B.) (Entered: 05/23/2003) |
| 04/24/2003 | 18 | SCHEDULING ORDER setting filing of amended pleadings by 4/28/03 SEE ORDER FOR OTHER DATES ( Signed by Judge Janet B. Arterton ) (Depino, F.) (Entered: 04/25/2003) |
| 04/28/2003 | 19 | AMENDED COMPLAINT by Kevin J. Hackett amending [1-1] complaint (Depino, F.) (Entered: 04/28/2003) |
| 05/05/2003 | 20 | MOTION by Kevin J. Hackett to Substitute Party (Depino, F.) (Entered: 05/05/2003) |
| 05/09/2003 | 21 | MOTION by Kevin J. Hackett to Amend [19-1] second amended |

| | | |
|---|---|---|
| | | complaint by Kevin J. Hackett (Brief Due 5/30/03 ) (Depino, F.) (Entered: 05/09/2003) |
| 05/13/2003 | 22 | SECOND AMENDED COMPLAINT by Kevin J. Hackett amending [19-1] amended complaint by Kevin J. Hackett (Depino, F.) (Entered: 05/13/2003) |
| 05/13/2003 | | ***Documents terminated: [21] Motion to Amend Complaint filed by Kevin J. Hackett. Granted 5/13/03 (Depino, F.) (Entered: 11/07/2003) |
| 05/14/2003 | 23 | MOTION by Eileen Storey, Anne H. Flitcraft, Jacqueline Harris, Timothy Silvis, Robert L. Trestman, Edward A. Blanchette to Dismiss Second Amended Complaint (Brief Due 6/4/03 ) (Falcone, K.) (Entered: 05/14/2003) |
| 05/14/2003 | 24 | MEMORANDUM by Eileen Storey, Anne H. Flitcraft, Jacqueline Harris, Timothy Silvis, Robert L. Trestman, Edward A. Blanchette in support of [23-1] motion to Dismiss Second Amended Complaint (Falcone, K.) (Entered: 05/14/2003) |
| 06/02/2003 | 25 | MEMORANDUM by Kevin J. Hackett in opposition to [23-1] motion to Dismiss Second Amended Complaint by defendantsssss (Depino, F.) (Entered: 06/02/2003) |
| 06/05/2003 | | ENDORSEMENT granting [20-1] motion to Substitute Party ( signed by Judge Janet B. Arterton ) (Depino, F.) (Entered: 06/05/2003) |
| 06/05/2003 | 26 | AMENDED COMPLAINT by Kevin J. Hackett amending [22-1] amended complaint by Kevin J. Hackett (Depino, F.) (Entered: 06/05/2003) |
| 06/16/2003 | 27 | REPLY by Eileen Storey, Anne H. Flitcraft, Jacqueline Harris, Timothy Silvis, Robert L. Trestman, Edward A. Blanchette to response to [23-1] motion to Dismiss Second Amended Complaint by defendants (Falcone, K.) (Entered: 06/17/2003) |
| 12/31/2003 | 28 | RULING granting [23] Motion to Dismiss . Signed by Judge Janet Bond Arterton on 12/30/03. (Depino, F.) (Entered: 12/31/2003) |
| 12/31/2003 | 29 | JUDGMENT in favor of DEFENDANTS against PLAINTIFF. Signed by Judge Janet Bond Arterton on 12/30/03. (Depino, F.) Additional attachment(s) added on 4/5/2004 (Depino, F.). Additional attachment(s) added on 4/5/2004 (Depino, F.). Additional attachment(s) added on 4/5/2004 (Depino, F.). (Entered: 12/31/2003) |
| 12/31/2003 | | ***Civil Case Terminated. (Depino, F.) (Entered: 12/31/2003) |

| Date | Doc | Description |
|---|---|---|
| 01/29/2004 | 38 | NOTICE OF APPEAL as to 29 Judgment by Kevin J. Hackett. Certified copy of docket and copy of NOA mailed to USCA. (Depino, F.) (Entered: 02/23/2004) |
| 02/05/2004 | 30 | MOTION for Extension of Time to File Notice of Appeal by Kevin J. Hackett. (Depino, F.) (Entered: 02/05/2004) |
| 02/05/2004 | 31 | MOTION for Leave to Appeal in forma pauperis by Kevin J. Hackett. (Depino, F.) (Entered: 02/05/2004) |
| 02/09/2004 | 32 | ENDORSEMENT ORDER granting 31 Motion for Leave to Appeal in forma pauperis. Signed by Judge Joan G. Margolis on 2/9/04. (Depino, F.) (Entered: 02/10/2004) |
| 02/09/2004 | 33 | MOTION to Appoint Counsel by Kevin J. Hackett. (Depino, F.) (Entered: 02/10/2004) |
| 02/09/2004 | 34 | MOTION for Extension of Time to file Notice of Appeal by Kevin J. Hackett. (Depino, F.) (Entered: 02/10/2004) |
| 02/13/2004 | 35 | MOTION to Appoint Counsel by Kevin J. Hackett. (Depino, F.) (Entered: 02/17/2004) |
| 02/13/2004 | 36 | MOTION to Appoint Counsel by Kevin J. Hackett. (Depino, F.) (Entered: 02/17/2004) |
| 02/13/2004 | | ***Party United States Court of Appeals added. (Depino, F.) (Entered: 02/23/2004) |
| 02/19/2004 | 37 | NOTICE of Appearance by Robert J. Deichert on behalf of Edward A. Blanchette, Anne H. Flitcraft, Timothy Silvis, Eileen Storey, Robert L. Trestman (Depino, F.) (Entered: 02/20/2004) |
| 02/24/2004 | | Certified and Transmitted Record on Appeal to US Court of Appeals re 38 Notice of Appeal. (Depino, F.) (Entered: 02/24/2004) |
| 03/01/2004 | 39 | NOTICE to the Court by Kevin J. Hackett (Depino, F.) (Entered: 03/02/2004) |
| 03/04/2004 | 41 | Acknowledged Receipt of ROA at USCA on 2/27/04 re 38 Notice of Appeal. (Depino, F.) (Entered: 03/12/2004) |
| 03/05/2004 | 40 | MOTION to Amend 36 MOTION to Appoint Counsel by Kevin J. Hackett. Responses due by 3/26/2004 (Depino, F.) (Entered: 03/08/2004) |

| | | |
|---|---|---|
| 04/05/2004 | 42 | Acknowledged Receipt of Index to Record on Appeal at USCA on 2/26/04 re 38 Notice of Appeal: USCA Number: 04-1023 (Pesta, J.) (Entered: 04/06/2004) |
| 04/08/2004 | 43 | MOTION to Withdraw 33 MOTION to Appoint Counsel, 35 MOTION to Appoint Counsel, 36 MOTION to Appoint Counsel by Kevin J. Hackett. (Depino, F.) (Entered: 04/12/2004) |
| 04/14/2004 | | DOCKET ENTRY CORRECTION re 38 Notice of Appeal ALTERED TEXT TO REFLECT THE FILING DATE AS THE DATE OF RECEIPT OF THE NOTICE OF APPEAL AT THE SECOND CIRCUIT (Depino, F.) (Entered: 04/14/2004) |
| 04/23/2004 | 44 | RULING denying 30 Motion for Extension of Time, terminating 33 Motion to Appoint Counsel, denying 34 Motion for Extension of Time, terminating 35 Motion to Appoint Counsel, terminating 36 Motion to Appoint Counsel, terminating 40 Motion to Amend/Correct, granting 43 Motion to Withdraw. Signed by Judge Janet Bond Arterton on 4/23/04. (Depino, F.) (Entered: 04/26/2004) |
| 04/29/2004 | 45 | Supplemental Record on Appeal transmitted to US Court of Appeals re 38 Notice of Appeal (Depino, F.) (Entered: 04/29/2004) |