Kevin Hackett                  : U.S. District Court
PRO-se Plaintiff               : District of Connecticut
   VS.                         :
Eileen Storey                  :
Edward Blanchette              : Civil Action No. 03-CV-395
Anne Flitcraft                 :                  (JBA)
Jacqueline Harris              :
Timothy Silvis                 :
Robert Trestman                :
   Defendants                  :

## Motion to File Late

The issue is — the enforcement of the U.S. 14th Amendment. The plaintiffs' claims are and have consistently been "ongoing discrimination", since initiation of the Plaintiffs' PRO-Se complaint in 1995, 3=96CV2422(GLG), and 10/92 MEB (initial) denial.

Judge Janet Arterton's decision to dismiss 3=03CV395(JBA) dated Dec. 31, 2003 references "five rejections" by the defendants. However, Judge Arterton does not note understanding, by stating "four previous denials/(rejections) by the MEB were predicated on the same facts as the fifth (denial/rejection)."

The reason is because after the first denial/rejection by the MEB, each following decision + hearing required new additional material to be decided by the MEB.

Please see attached "Notice of Decision" Hearing #5729, dated 4th day of Dec. 2000.

The attached U.S. Court of Appeals, 2nd Dist., MANDATE (issued as mandate), dated 9-21-04, stated the "DISTRICT COURT" "did not determine wether the appellant (plaintiff 03-CV-395) is entitled to relief under Rule 4(a)(6)."

because "14th Amendment violation was implied with claim of violation (in 1996) of the Americans with DISABILITIES ACT at (3:96CV2422) (GLG) that time of 1995 filing, CIR. this plaintiff prays to the court

BEFORE THE STATE OF CONNECTICUT MEDICAL EXAMINING BOARD

```
In the Matter of the           )
Application of                 )
                               )
Kevin Hackett                  )    Hearing No. D-5729
#  375536                      )
For a Non-service connected    )
Disability Retirement from     )
The State of Connecticut       )
```

## NOTICE OF DECISION

A hearing for reconsideration was held in the above matter on Friday, November 17, 2000 at the Office of the State Treasurer in Hartford, Connecticut before EILEEN STOREY, M.D., CHAIRPERSON; EDWARD BLANCHETTE, M.D.; and ALEX DEMAC, M.D. The applicant was unaccompanied.

The Medical Examining Board, after listening to the testimony and reviewing all the documentation admitted into evidence, adopted the following resolution:

### RESOLVED

To reaffirm the denial of the application for disability retirement of Kevin Hackett. The new material submitted by the applicant does not materially add to the information previously provided and does not change the decisions of the Board rendered October 30, 1992, May 27, 1994, December 1, 1995 and July 26, 1996. The Board reviewed with the applicant the materials available to it so that the applicant could be satisfied that the Board had received all relevant items, and that they had been included in the Board's review and entered as exhibits either at previous reviews or at today's session.

MOTION MADE BY DR. BLANCHETTE
SECONDED BY DR. DEMAC
UNANIMOUS DECISION
Dated at Hartford, Connecticut this  4 th day of December, 2000.
S

_____
EILEEN STOREY, M.D., CHAIRPERSON
MEDICAL EXAMINING BOARD

D.Conn.
03-cv-0395
Arterton J.

**MANDATE**

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, at Foley Square, in the City of New York, on the 20th day of May two thousand four,

Present:

> Hon. John M. Walker, Jr.,
> *Chief Judge,*
> Hon. Rosemary Pooler,
> *Circuit Judge,*
> Hon. J. Garvan Murtha,
> *District Judge.*



Kevin J. Hackett,

          Plaintiff-Appellant,

v.                                                                                       04-1023-cv

Eileen Storey, et al.,

          Defendants-Appellees.

This Court has determined *sua sponte* that it lacks jurisdiction over this appeal because the notice of appeal is untimely pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure. However, the district court did not determine whether the appellant is entitled to relief under Rule 4(a)(6). Therefore, it is ORDERED that the appeal is dismissed, without prejudice to reinstatement, following the district court's ruling on the Rule 4(a)(6) motion. See ROA doc. 30. See Fed. R. App. P. 4(a)(6); Avolio v. County of Suffolk, 29 F.3d 50, 54 (2d Cir. 1994). Appellant's motion to amend, motion for temporary and permanent injunctions, motion for certificate of appealability, motion to remand, motion to withdraw, and motion for appointment of counsel are DENIED as moot.

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
DEPUTY CLERK
MAY 20 2004

FOR THE COURT:
Roseann B. MacKechnie, Clerk
By: *Lucille Carr*

---

*The Honorable J. Garvan Murtha, of the United States District Court for the District of Vermont, sitting by designation.

SAO-ALM

- Issued as mandate 9/21/04 -

## Certificate of Service

I cerify that a copy of the foregoing has been sent, pre-paid U.S. mail, to opposing counsel, Thadd A. Gnocchi, Esq., Assistant Attorney General of Ct. 55 Elm St. Htfd., Ct. 06106 as of todays date Sept. 27, 04

Sincerely,
Kevin J. Hackett
(Pro-se)
Kevin J. Hackett
45 Savings St, #7C
Wtby., Ct. 06702