UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
Oct 1 11 54 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN

HACKETT              :

v.                   :    NO. 3:03cv395 (JBA)

STOREY, ET AL        :

### ENDORSEMENT ORDER [DOC. #48]

Inasmuch as this matter is currently under appeal and this matter was administratively closed on 12/31/03, Motion to File Late [doc. #48] is DENIED as moot with respect to the plaintiff's District Court case.

IT IS SO ORDERED.

Janet Bond Arterton
United States District Judge

Dated at New Haven, Connecticut:    September 30, 2004